UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KASHMIRA SINGH DHANOA,

           Petitioner,

v.

NATHALIE R. ASHER, et al.,

           Respondents.

Case No. C13-544-RSL-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's petition for writ of habeas corpus, Dkt. No. 1, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. This matter can be decided on the papers submitted. Petitioner's request for oral argument is **DENIED**.

2. The Court adopts the Report and Recommendation;

3. Petitioner's petition for writ of habeas corpus, Dkt. No. 1, is **DENIED**; and this matter is **DISMISSED** with prejudice.

Dated this 19th day of June, 2013.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 1